**UNIQUE ART MANUFACTURING COMPANY, Inc., Plaintiff-Appellant, v. T. COHN, Inc., Defendant-Appellee.**

No. 85, Docket 21363.

United States Court of Appeals
Second Circuit.

Argued Dec. 8, 1949.

Decided Dec. 20, 1949.

Dean, Fairbank & Hirsch, New York City (Morris Hirsch and A. B. Colwin, New York City, of counsel), for appellant.

Moch & Blum, New York City (Ashur Blum, New York City, of counsel), for appellee.

Before L. HAND, SWAN and FRANK, Circuit Judges.

PER CURIAM.

Decree affirmed, 81 F.Supp. 742, on the authority of the following decisions of the Second Circuit: Crescent Tool Co. v. Kilborn & Bishop Co., 247 F. 299; Shredded Wheat Co. v. Humphrey Cornell Co., 250 F. 960; Cheney Bros. v. Doris Silk Corp., 35 F.2d 279; A. C. Gilbert Co. v. Shemitz, 45 F.2d 98, 100; Electric Auto-Lite Co. v. P. & D. Mfg. Co., Inc., 109 F.2d 566; California Apparel Creators v. Wieder of California, 162 F.2d 893, 174 A.L.R. 481; Lucien Lelong, Inc. v. Lander Co., 164 F. 2d 395; S. C. Johnson & Sons v. Johnson, 175 F.2d 176.

**UNITED STATES of America ex rel. John Donald WALKER, Relator-Appellant, v. Edward E. THOMPSON, Warden of the Federal Detention Headquarters, etc., Respondent-Appellee.**

No. 155, Docket 21552.

United States Court of Appeals
Second Circuit.

Argued Dec. 16, 1949.

Decided Dec. 16, 1949.

Sabbatino & Todarelli, New York City (Peter L. F. Sabbatino, New York City, of counsel), for relator-appellant.

Irving H. Saypol, United States Attorney, New York City (Bruno Schachner, Assistant United States Attorney, New York City, of counsel), for respondent-appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.